# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BRADLEY BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AURORA LOAN SERVICING, *et al.,* ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:10-cv-02119-GMN-PAL <br><br> **ORDER** <br><br> (Plaintiff's Reqst Prod Docs - Dkt. #25) <br> (Plaintiff's Reqst Prod Docs - Dkt. #26) |

Before the court is Plaintiff's Request for Production of Documents from Defendant Aegis (Dkt. #25), and Request for Production of Documents from Defendant Aurora (Dkt. #26). Pursuant to LR 26-8, written discovery, including responses to discovery and deposition transcripts shall not be filed with the court. Accordingly,

**IT IS ORDERED** Plaintiff's Requests for Production of Documents (Dkt. ##25, 26) are **STRICKEN**.

Dated this 28th day of March, 2011.

_____
Peggy A. Leen
United States Magistrate Judge