# JAMES BRADLEY BAILEY

4080 West Warm Springs Road

Las Vegas, Nevada 89118

(702)768-2883

July 21, 2011

Clerk:

U.S. District Court

District of Nevada

333 S. Las Vegas Blvd.

Las Vegas, Nevada 89101

    RE: *BAILEY v. AURORA LOAN SERVICING, 2:10-cv-02119-GMN-PAL*

Dear Clerk:

    I James Bradley Bailey (Plaintiff) request that the court dismiss my case against Aurora Loan Servicing (Defendant) without prejudice so that I can bring this matter before the court at a later time. Please remove all upcoming Trial Dates and/ or Hearings from Court Calendar regarding this matter.

Sincerely,

James Bradley Bailey

**IT IS SO ORDERED** this 25th day of July, 2011.

Gloria M. Navarro
United States District Judge