ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
steven.shevorski@akerman.com

*Attorneys for Defendants*
*Aurora Loan Services, LLC and MERS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BRADLEY BAILEY, an individual<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; CALWESTERN RECONVEYANCE CORPORATION; AEGIS WHOLESALE CORPORATION; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1-100 inclusive<br><br>Defendants. | Case No.: 2:10-cv-02119-GMN-PAL<br><br>**ORDER EXPUNGING LIS PENDENS** |

This Court issued an Order [Doc #39] Granting Aurora Loans Services, LLC and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") Motion to Dismiss [Dkt. 6]. The Plaintiff's state law claims were dismissed without prejudice. [Doc #6 at 1:14-15]. The Plaintiff's federal claims under The Truth in Lending Act and The Real Estate Settlement Procedures Act were dismissed with leave to amend; however, Plaintiff was required to file his amended complaint by August 29, 2011; however, he has failed to do so. [Doc #40].

Defendants request that the lis pendens Plaintiff JAMES BRADLEY BAILEY ("Plaintiff") recorded against the subject property be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about December 7, 2010, as Instrument Number 201012070003736 in real property records maintained by

the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 2nd day of September, 2011.

Gloria M. Navarro
United States District Judge

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Steven G. Shevorski
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Aurora Loan Services, LLC and MERS*