ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
ariel.stern@akerman.com
steven.shevorski@akerman.com

*Attorneys for Defendants*
*Aurora Loan Services, LLC and MERS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BRADLEY BAILEY, an individual<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; CALWESTERN RECONVEYANCE CORPORATION; AEGIS WHOLESALE CORPORATION; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1-100 inclusive<br><br>Defendants. | Case No.: 2:10-cv-02119-GMN-PAL<br><br>**DEFENDANTS' ORDER EXPUNGING LIS PENDENS** |

This Court issued an Order dismissing plaintiff's complaint with prejudice [**Dkt. 44**] as to all defendants. Defendants, Aurora Loan Services, LLC and Mortgage Electronic Registration request that the lis pendens Plaintiff JAMES BRADLEY BAILEY recorded against the subject property be canceled.

The Court finds that plaintiff recorded a Notice of Lis Pendens (Lis Pendens) on or about November 14, 2011, as Instrument Number 201111140003249 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached as **Exhibit E** to defendants' motion to expunge lis pendens. The Court finds that plaintiff recorded an amended lis pendens on or about December 28, 2011, as Instrument Number 201112280003490 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached as **Exhibit F** to

defendants' motion to expunge lis pendens.

Upon consideration of defendants' request to cancel the above-referenced Lis Pendens and Amended Lis Pendens, and good cause appearing therefore, the Court hereby grants defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens and Amended Lis Pendens are hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens and Amended Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

4. It is further ordered that the Lis Pendens (Exh. E) and the Amended Lis Pendens (Exh. F) are attached to this Order and incorporated herein.

**IT IS SO ORDERED** this 5th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Aurora Loan Services, LLC and MERS*

# **EXHIBIT E**

# **EXHIBIT E**



Inst #: 201111140003249
Fees: $20.00
N/C Fee: $0.00
11/14/2011 01:57:14 PM
Receipt #: 976755
Requestor:
JAMES BAILEY
Recorded By: GILKS   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 177-06-803-017

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

~~Notice of Pendency of Action~~ (LIS PENDENS)

NOTICE OF PENDING LITIGATION

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

James Bradley Bailey

**Return to:**

**Name** _____ James Bradley Bailey

**Address** _____ 4080 w. Warm Springs road

**City/State/Zip** _____ Las Vegas, Nevada   89118

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

**APN#**  177-06-803-017          page 1

When recorded mail to:

**Name:**   James Bailey
**Address:** 4080 w. Warm Springs road
         Las Vegas, NV. 89118

This document shall be recorded in Clark County NV.

## Superior Court of the State of California
## For the County of Orange

### NOTICE of PENDING LITIGATION
(Lis Pendens)

# Notice

Let it be known to all men that **James Bailey, his Attorneys, Agents, Aires and Assigns** do hereby give public written legal notice that Litigation is Pending regarding the **REAL PROPERTY** situated in Clark County, State of Nevada, and known and legally described as follows:

**4080 west Warm Springs road, Las Vegas, Nevada 89139**

**APN — 177—06—803—017**

**Legal Description: that portion of the se ¼ of the se ¼ of the se ¼ more completely described as PARCEL 3,**
**PARCEL MAP FILE 63, PAGE 75, SEC 06 TWP 22 RNG 61**
**BOOK 90020   00637**

page 2

---

**James Bailey asserts that a serious legal problem dose exist regarding ownership, title, and loan documents and dose hereby specifically give NOTICE to:**

**The Current Note Holder of the Loan on the property**
**The Mortgage Loan Insurance Carrier or Agency of**
**AURORA LOAN SERVICES   acct# 003 0657282**
**AEGIS WHOLESALE LENDING corp.  acct# 3000739909**
**US BANK NATIONAL ASSOCIATION  and its assigns**
**COUNTRYWIDE HOME LOANS   acct# 139414748**
**GREEN TREE   acct# 891871212**
**Wingspan Lending and its agents and assigns**
**KAHRL WUTSCHER LLP    acct# [          ]**
**CAL-WESTERN RECONVEYENCE corp. TS# 1103936-14**
**DOES 1 through 20**

---

**James Bradley Bailey** hereby declares that documents that secure the Lenders Collateral on the above referenced property are unlawful. And that upcoming State Court Action is forthcoming.

**REASON for RECORDING:**

**To Give Notice to all parties that a serious problem exist with the Documents and there Legal value.**

page 3

I, **James Bradley Bailey** state the facts contained herein are true, correct, complete, and not misleading, to the best of my personal knowledge.

_____  Nov_14__2011__
/JAmes BRADLey BAiLey

**ACKNOWLEDGMENT**

James Bradley Bailey                                    Nov 14, 2011.

County of ___CLARK___ ) NV.

On this, the __14___ day of __Nov___, 2011 before me a notary public, the undersigned officer, personally appeared JAmES BAiLE known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

_____
**Notary Public**

M. MCGREGOR
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 8-16-14
Certificate No: 08-106215-1

COMMiSSiON EXPiREs 8-16-14

In witness hereof, I hereunto set my hand and official seal.

# EXHIBIT F

# EXHIBIT F

④

**RECORDING COVER PAGE**

Inst #: 201112280003490
Fees: $20.00
N/C Fee: $0.00
12/28/2011 04:52:30 PM
Receipt #: 1020244
Requestor:
JAMES BAILEY
Recorded By: SAO   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 177-06-803-017
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

Notice of Pending Litigation

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:
JAMES B. BAILEY, JAMES BRADLEY BAILEY

Return to:
Name   JAMES B. BAILEY, JAMES BRADLEY BAILEY
Address   4080 W. WARM SPRINGS
City/State/Zip   LAS VEGAS NV 89118

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

**APN#** 177-06-803-017

When recorded mail to:

**Name:** James Bailey
**Address:** 4080 w. Warm Springs road
Las Vegas, NV. 89118

This document shall be recorded in Clark County NV.

## Superior Court of the State of California
## For the County of Los Angeles

### NOTICE of PENDING LITIGATION
(Lis Pendens)

# Revised Notice

Let it be known to all men that **James Bailey, his Attorneys, Agents, Aires and Assigns** do hereby give public written legal notice that Litigation is Pending regarding the **REAL PROPERTY** situated in Clark County, State of Nevada, and known and legally described as follows:

**4080 west Warm Springs road, Las Vegas, Nevada 89139**

**APN — 177—06—803—017**

**Legal Description: that portion of the se ¼ of the se ¼ of the se ¼ more completely described as PARCEL 3,**
**PARCEL MAP FILE 63, PAGE 75, SEC 06 TWP 22 RNG 61**
**BOOK 90020   00637**

**James Bailey asserts that a serious legal problem dose exist regarding ownership, title, and loan documents and dose hereby specifically give NOTICE to:**

**The Current Note Holder of the Loan on the property**
**The Mortgage Loan Insurance Carrier or Agency of**
**AURORA LOAN SERVICES acct#** ▮
**AEGIS WHOLESALE LENDING corp. acct#** ▮
**US BANK NATIONAL ASSOCIATION and its assigns**
**GREEN TREE acct#** ▮
**Wingspan Lending and its agents and assigns**
**CAL-WESTERN RECONVEYENCE corp. TS# 1103936-14**
**DOES 1 through 20**

_____

**James Bradley Bailey** hereby declares that documents that secure the Lenders Collateral on the above referenced property are unlawful. And that upcoming State Court Action is forthcoming.

**REASON for RECORDING:**

**To Give Notice to all parties that a serious problem exist with the Documents and there Legal value.**

I, **James Bradley Bailey** state the facts contained herein are true, correct, complete, and not misleading, to the best of my personal knowledge.

_/s/ James Bradley Bailey_      Dec_23__2011__
JAMES BRADLEY BAILEY

## ACKNOWLEDGMENT

James Bradley Bailey                                    Dec. 23 2011.

County of ____CLARK____ ) NV.

On this, the_23____day of _December__, 2011 before me a notary public, the undersigned officer, personally appeared_____, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

*Opal Elaine Lovette*

**Notary Public**

> NOTARY PUBLIC
> OPAL ELAINE LOVETTE
> STATE OF NEVADA · COUNTY OF CLARK
> MY APPOINTMENT EXP SEP 14, 2014
> No: 10-2986-1

In witness hereof, I hereunto set my hand